1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                               AT TACOMA

10

11      UNITED STATES OF AMERICA,                    CASE NO. CR08-5604RJB

                              Plaintiff,            ORDER GRANTING DEFENDANT
12                                                   POINTER'S MOTION FOR
                                                     EXTENSION OF TIME TO FILE
13          v.                                       NOTICE OF APPEAL

        ANDREW HOUSTON POINTER,
14
                              Defendant.
15

16          This matter comes before the court on Defendant Pointer's Motion for Extension of Time

17   to File Appeal. Dkt. 151. The court has reviewed the motion and the remainder of the file

18   herein.

19          On February 24, 2012, the court entered an order denying defendant's motion for a

20   reduction of his sentence. Dkt. 147. On February 27, 2012, defendant filed a motion, requesting

21   that he be granted an extension of time, until April 9, 2010, to file a Notice of Appeal. Dkt. 151,

22   at 5. Defendant contends that an extension of time is warranted, due to the difficulties with and

23   delays in communicating with his counsel

24

1  In a criminal case, a Notice of Appeal must be filed with the district court within fourteen

2  days "after the latter of: (i) the entry of…the order being appealed…." Fed.R.App.Proc.

3  4(b)(1(A).   Pursuant to Fed.R.App.Proc. 4(b)(4), a district court may grant an extension of time

4  to file a Notice of Appeal for a period not to exceed 30 days from the expiration of the time

5  otherwise prescribed  by Rule 4(b), with or without the filing of a motion and notice, upon a

6  finding of excusable neglect or good cause.

7  Defendant timely filed this request for extension of time.  In the absence of an extension

8  of time, a Notice of Appeal would be due March 9, 2012, fourteen days after the court's

9  February 24, 2012 order.  Defendant has shown good cause for an extension of time for an

10  additional thirty days.  Accordingly, defendant should be granted an extension of time, up to and

11  including April 9, 2012, to file a Notice of Appeal.  *See* Fed.R.App.Proc. 26(a)(1)(C).

12  Accordingly, it is hereby **ORDERED** that Defendant Pointer's Motion for Extension of

13  Time to File Notice of Appeal (Dkt. 151) is **GRANTED**.   Petitioner may file notice of appeal

14  not later than April 9, 2012.

15  The Clerk is directed to send uncertified copies of this Order to all counsel of record and

16  to any party appearing *pro se* at said party's last known address.

17  Dated this 28th day of February, 2012.

18

19  ROBERT J. BRYAN
    United States District Judge

20

21

22

23

24

ORDER GRANTING DEFENDANT POINTER'S
MOTION FOR EXTENSION OF TIME TO FILE
NOTICE OF APPEAL- 2